**99–367. State ex rel. Brewer v. Eighth Dist. Court of Appeals.**
In Mandamus. On motion for summary judgment and on answer of respondent. Answer treated as

motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.